**Simon BANKS, Plaintiff–Appellant,**

**v.**

**GATES, HUDSON & ASSOCIATES, INCORPORATED, Defendant–Appellee.**

No. 01–1444.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Simon Banks, pro se. Alan Russell Siciliano, Decaro, Doran, Siciliano, Gallagher & Deblasis, L.L.P., Lanham, MD, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Simon Banks appeals a district court judgment rendered against him, in accordance with a jury verdict, in his action against an apartment management agency. Banks has failed to provide this court with a transcript of the proceedings or move to have such transcript produced at Government expense. *See* 28 U.S.C. § 753(f) (1994). We find that the appeal does not present a substantial question. We further find no reason to disturb the judgment. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*